# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑ ___1st___   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Ubencia Castro          JOINT DEBTOR:_____   CASE NO.: 14-22216-LMI
Last Four Digits of SS# xxxx4921   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ 1,950.00  for months 1  to 14 ;
  B.  $ 1,570.54  for months 15  to 60 ; ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650+775(motion to value) +775 (Motion to value) = $5,200
   TOTAL PAID $900.00 Balance Due $ 4,300.00 payable $ 307.15 /month (Months 1 to 14)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None_____      Arrearage on Petition Date  $_____
Address:_____           Arrears Payment    $_____/month (Months _____to_____)
    _____                Regular Payment    $_____/month (Months _____to_____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America  4161 Peidmont pkwy  Greensboro, NC 27410  Account No: xxxx2167 | 6207 West 24 Avenue #102-9, Hialeah, FL 33016  $74,000.00 | 5.5% | $1,413.49 | 1 To 60 | $84,809.16 |
| Ocwen Loan Servicing, 12650 Ingenuity Drive  Orlando, FL 32826  Account No: xxx8459 | 6207 West 24 Avenue #102-9, Hialeah, FL 3316  $74,000.00 | 0% | $0.00 | None | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____     Total Due $_____
              Payable   $_____/month (Months____to____) Regular Payment $_____

Unsecured Creditors: Pay $ 34.36 /month (Months 1 to 14).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Green Tree Servicing, LLC and Flamingo Condominium Association and will continue to pay said creditors outside the chapter 13 plan.

**Regarding the Non-Homestead Property ("NHS"):** Debtor shall be liable for payment of taxes and insurance on the NHS. Within fifteen (15) days of a written request by Deutsche Bank, Debtor shall provide proof of insurance as required by the loan documents.
While the automatic stay remains in effect, Debtor shall be in default under the Plan if she fails to make a Plan payment when due, if there is a lapse in insurance, if the real estate taxes on the NHS are not paid by the March 31st due date, or there is a default under the unmodified terms of the Note or Mortgage and she fails to cure such default within seventy-two (72) hours after Deutsche Bank or its attorney provides Debtor, Debtor's counsel or an agent of Debtor's counsel with facsimile or e-mail Notice of Default. In such event, the Court shall grant Deutsche Bank *in rem* relief from stay to exercise its rights with respect to the collateral without notice or hearing provided Deutsche Bank files a proposed order together with an affidavit setting forth specific facts establishing that: (a) a default occurred; (b) Deutsche Bank (or it's attorney) provided Debtor, Debtor's counsel or an agent of Debtor's counsel with seventy-two (72) hour Notice of Default;

and (c) Debtor failed to cure the default within the seventy-two (72) hour period.

Upon entry of an order lifting the stay as provided above, or upon default after the stay has otherwise lifted, the modification of the loan as provided in the Plan shall cease to apply and all payments made under the Plan shall be credited against the original loan as though no modification had occurred.

Except as modified above, all other terms of the Note and Mortgage shall remain in full force and effect.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.

Attorney for the Debtor  
Date: 8/4/2014

Joint Debtor  
Date:_____

LF-31 (rev. 01/08/10)