**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  CASE NO: 14-22216-LMI
 CHAPTER 13

UBENCIA CASTRO
*aka* Ubencia D Castro,

     Debtor
_____/

**AGREED NOTICE OF SUBSTITUTION OF COUNSEL**

     **PLEASE TAKE NOTICE** of the substitution of Lindsey A. Savastano, Esq. of Brock & Scott, PLLC for Frederic J. DiSpigna, Esq. of Brock & Scott, PLLC, as attorney for Deutsche Bank National Trust Company, as Trustee Under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-3 ("Secured Creditor") in this case.  The Clerk is requested to remove Frederic J. DiSpigna, Esq. from the CM-ECF mailing matrix.

     **I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Ubencia Castro, 8755 NW 151 Terrace, Miami Lakes, FL 33018-1389; Robert Sanchez, Esq., 355 W 49 St., Hialeah, FL 33012; Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027; Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 23rd day of April, 2015.

     BROCK & SCOTT, PLLC
     Attorney for Secured Creditor
     1501 NW 49th Street, Suite 200
     Fort Lauderdale, FL 33309
     Phone: (954) 618-6955 ext. 6010
     Fax: (954) 618-6953
     Lindsey.Savastano@brockandscott.com

     /s/ Lindsey A. Savastano
     _____
     LINDSEY A. SAVASTANO, ESQUIRE
     Florida Bar No.  57079

     /s/ Frederic J. DiSpigna
     _____
     FREDERIC J. DISPIGNA, ESQUIRE

B&S File No. 13-F06879

Florida Bar No. 345539