

ORDERED in the Southern District of Florida on August 24, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Ubencia Castro

     Debtor     /

Case No. 14-22216-LMI
Chapter 13

### ORDER SUSTAINING OBJECTION TO CLAIM OF GREEN TREE SERVICING, LLC

**THIS MATTER** having come to be heard on negative notice, no parties having responded within the required time frame which expired on August 13, 2015, the Court being fully advised on the premises, IT IS;

**ORDERED AND ADJUDGED:**

1. The objection to claim of Green Tree Servicing, LLC (claim #7) is SUSTAINED.

2. The claim of Green Tree Servicing, LLC (claim #7) is allowed as filed with no distribution from the Chapter 13 Trustee.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.