# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida (Miami)

IN RE:  
Debtors: Ubencia Castro

Case No.: 14-22216  
Loan Number (Last 4): 4194

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-3 | Bank of America, N.A. |
| Serviced by Select Portfolio Servicing, Inc. | c/o Brock & Scott, PLLC |
| Name of Transferee | Name of Transferor |
| 3217 S. Decker Lake Dr. | Court Claim # (if known): 6 |
| Salt Lake City, UT 84115 | Amount of Claim: $162,568.98 |
| | Date Claim Filed: 09/15/2014 |
| Phone: 866-247-1722 | Last Four Digits of Acct #: 2167 |
| Last Four Digits of Acct #: 4194 | |

Name and Address where transferee payments should be sent (if different from above):  
PO Box 65450  
Salt Lake City, UT 84165

Phone: 866-247-1722  
Last Four Digits of Acct #: 4194

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Aubryanna Rutherford  
BK Specialist

Date: 05/05/2017

Specific Contact Information:  
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

471658-40ec4e0d-48b9-43d1-9954-78d67a94d721